GLAESSER, Appellant and respondent, vs. DUKES, Respondent, and ANDERSON, Respondent and appellant. (Two appeals.)

APPEAL from a judgment of the circuit court for Milwaukee county dated December 28, 1926: OTTO H. BREIDENBACH, Judge.

Personal injury. Automobile collision. Judgment for plaintiff against *Anderson,* from which *Anderson* appeals. Judgment in favor of defendant *Dukes* against plaintiff, from which plaintiff appeals.

For the appellant and respondent *Anderson: Shaw, Muskat & Sullivan* of Milwaukee.

For the appellant and respondent *Glaesser: Wolfe & Kolinski* of Milwaukee.

For the respondent *Dukes: Rubin, Zabel & Rouiller* of Milwaukee.

*By the Court.*—Judgment affirmed on both appeals.

GLAESSER, Appellant and respondent, vs. DUKES, Respondent, and ANDERSON, Respondent and appellant. (Two appeals.)

APPEAL from a judgment of the circuit court for Milwaukee county dated December 28, 1926: OTTO H. BREIDENBACH, Judge.

Personal injury. Automobile collision. Judgment for plaintiff against *Anderson,* from which *Anderson* appeals. Judgment in favor of defendant *Dukes* against plaintiff, from which plaintiff appeals.

For the appellant and respondent *Glaesser: Wolfe & Kolinski* of Milwaukee.

For the respondent and appellant *Anderson: Shaw, Muskat & Sullivan* of Milwaukee.

For the respondent *Dukes: Rubin, Zabel & Rouiller* of Milwaukee.

*By the Court.*—Judgment affirmed on both appeals.